ACCEPTED
14-15-00204-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:24:35 AM
CHRISTOPHER PRINE
CLERK

No. 14-15-00204-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:24:35 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT AT HOUSTON, TEXAS

IN RE K.M.M. AND M.W.M., CHILDREN

APPELLEE'S MOTION TO DISMSS

TRIAL COURT CASE NUMBER 2006-45711
TRIAL COURT: 247th Judicial District Court, Harris County, Texas
The Honorable John Schmude, Presiding Judge

TO THE HONORABLE JUSTICES OF SAID COURT:

Movant, KELLI MAHONEY A/K/A KELLI GREEN files this her Motion To Dismiss pursuant to Texas Rule of Appellate Procedure 42.3(b) and in support thereof, show as follows:

1.    Appellant, MATTHEW MAHONEY, has not filed his Brief and the deadline to do so has passed.

2.    Specifically, Appellant's Brief was due on May 18, 2015. More than one month has passed since that time and Appellant has failed to file a brief or any extension of time to file the brief.

3.    Accordingly, Appellee requests that the Court grant this motion and that this case be dismissed pursuant to Texas Rule of Appellate Procedure 42.3(b), or alternatively, that the Court affirm the trial court's judgment.

Respectfully Submitted,

ZIMMERMAN LAW FIRM, L.L.P.

/s/ *Kristen A. Black*
Marcia Zimmerman
State Bar No. 22270050
Kristen A. Black
State Bar No. 24055179
Melinda M. Metz
State Bar No. 24043641
400 North Texas Avenue, Suite C
Webster, Texas 77598
(281) 557-1300
(281) 557-1344 Facsimile
Attorneys for Appellee

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5) I certify that I have conferred with counsel for Appellant who has indicated that this motion is opposed.

/s/ *Kristen A. Black*
Kristen A. Black
Attorney for Appellee

## CERTIFICATE OF SERVICE

I certify that on the 25th day of June, 2015, I served a copy of this Motion to Dismiss in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: MATTHEW W. MAHONEY

Lead attorney: Walter P. Mahoney, Jr.

Address of service: 4915 Holly Avenue Pasadena, Texas 77503

Method of service: Facsimile at (281) 998-9430

Date of service: June 25, 2015

/s/ *Kristen A. Black*
Kristen A. Black
Attorney for Appellee